JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
NATHAN SPRAGUE,                )    No.  CV 14-3219-CW
                               )
          Plaintiff,           )    JUDGMENT
                               )
     v.                        )
                               )
CAROLYN W. COLVIN,             )
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: July 22, 2015

                                         /s/ Carla M. Woehrle
                                         CARLA M. WOEHRLE
                                  United States Magistrate Judge